AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
SEP 08 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:25-MJ-601 |
| Samantha Sue Baldridge | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Samantha Sue Baldridge
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 500 Grams or More of a Mixture and Substance Containing Methamphetamine, in violatiuon of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 846.

Date:   9/8/25

*Issuing officer's signature*

City and state:   Des Moines, Iowa     Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/25, and the person was arrested on *(date)* 9/11/25
at *(city and state)* DES MOINES, IA

Date: 9/11/25

*Arresting officer's signature*

BRETT VANDERPOOL  SPO
*Printed name and title*