**FILED**

SEP 1 8 2025

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-121 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| COLE ANTHONY LANGFORD, | ) | T. 18 U.S.C. § 922(g)(1) |
| KENNETH DONALD STOCKMAN, | ) | T. 18 U.S.C. § 924(a)(8) |
| JOSHUA ANDREW RANKIN, | ) | T. 18 U.S.C. § 924(d) |
| JAMES STEPHEN WATERS, JR., | ) | T. 21 U.S.C. § 841(a)(1) |
| also known as Jimmy Waters, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| TODD ALLEN MILLER, JR., | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| SAMANTHA SUE BALDRIDGE, | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| SIMON ANAYA SANCHEZ, and | ) | T. 21 U.S.C. § 846 |
| JASON LEE BAXTER-BLAKELY, | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |
| Defendants. | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least by March 2025, and continuing until September 11, 2025, in the Southern District of Iowa, the defendants, COLE ANTHONY LANGFORD, KENNETH DONALD STOCKMAN, JOSHUA ANDREW RANKIN, JAMES STEPHEN WATERS, JR., also known as, Jimmy Waters, TODD ALLEN MILLER, JR., SAMANTHA SUE BALDRIDGE, SIMON ANAYA SANCHEZ, and JASON LEE BAXTER-BLAKELY, conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

This is a violation of Title 21, United States Code, Section 846.

With respect to defendants COLE ANTHONY LANGFORD, KENNETH DONALD STOCKMAN, JOSHUA ANDREW RANKIN, TODD ALLEN MILLER, JR., and SAMANTHA SUE BALDRIDGE, the conspiracy involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

With respect to defendant JAMES STEPHEN WATERS, JR., also known as, Jimmy Waters, the conspiracy involved 5 grams or more of methamphetamine, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(B).

With respect to defendants SIMON ANAYA SANCHEZ and JASON LEE BAXTER-BLAKELY, the conspiracy involved methamphetamine, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Distribution of a Controlled Substance)

On or about March 3, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Distribution of a Controlled Substance)

On or about March 11, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Distribution of a Controlled Substance)**

On or about March 12, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Distribution of a Controlled Substance)**

On or about March 25, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
### (Distribution of a Controlled Substance)

On or about April 15, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
### (Distribution of a Controlled Substance)

On or about April 16, 2025, in the Southern District of Iowa, the defendant, KENNETH DONALD STOCKMAN, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
### (Distribution of a Controlled Substance)

On or about April 23, 2025, in the Southern District of Iowa, the defendant, KENNETH DONALD STOCKMAN, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 9
### (Distribution of a Controlled Substance)

On or about April 24, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Possession with Intent to Distribute a Controlled Substance)

On or about May 8, 2025, in the Southern District of Iowa, the defendant, COLE ANTHONY LANGFORD, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Distribution of a Controlled Substance)

On or about May 27, 2025, in the Southern District of Iowa, the defendant, SAMANTHA SUE BALDRIDGE, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 12
### (Distribution of a Controlled Substance)

On or about June 4, 2025, in the Southern District of Iowa, the defendant, JAMES STEPHEN WATERS, JR., also known as, Jimmy Waters, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 13
### (Distribution of a Controlled Substance)

On or about June 24, 2025, in the Southern District of Iowa, the defendant, JAMES STEPHEN WATERS, JR., also known as, Jimmy Waters, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Distribution of a Controlled Substance)

On or about June 25, 2025, in the Southern District of Iowa, the defendant, SAMANTHA SUE BALDRIDGE, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15
### (Possession with Intent to Distribute a Controlled Substance)

On or about September 11, 2025, in the Southern District of Iowa, the defendant, TODD ALLEN MILLER, JR., knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of a mixture and substance containing a detectable amount methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(B).

9

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 16
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 11, 2025, in the Southern District of Iowa, the defendant, JOSHUA ANDREW RANKIN, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 17
**(Felon in Possession of Firearms)**

On or about September 11, 2025, in the Southern District of Iowa, the defendant, SIMON ANAYA SANCHEZ, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1.    a Magnum Research MR9 Eagle, nine-millimeter caliber, pistol, with serial number MN006092; and

2.    a Glock, Model 21, .45 caliber auto, pistol, with serial number VY209.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 922(g)(1) and Section 924(a)(8).

THE GRAND JURY FURTHER CHARGES:

## COUNT 18
### (Felon in Possession of Firearms)

On or about September 11, 2025, in the Southern District of Iowa, the defendant, JASON LEE BAXTER-BLAKELY, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1.  a Glock Model 17, nine-millimeter caliber, pistol, with an obliterated serial number and a barrel and slide number LU012;

2.  a Glock Model 23 (Gen 4), .40 Smith & Wesson caliber, pistol, with serial number UXU242;

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 922(g)(1) and Section 924(a)(8).

**THE GRAND JURY FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offenses charged in Counts 1, 2, 3, 4, 5, 6, and 9 of this Indictment, the defendant, COLE ANTHONY LANGFORD, was convicted of a controlled substance violation, in violation of Iowa Code Section 124.401(1)(b)(6), a Class C felony, in the Iowa District Court for Warren County, FECR033161, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offenses charged in Counts 1, 7, and 8 of this Indictment, the defendant, KENNETH DONALD STOCKMAN, was convicted of a controlled substance violation, a Class B felony, in violation of Iowa Code Section 124.401(1)(b)(7), in the Iowa District Court for Polk County, in case number FECR287074, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

12

THE GRAND JURY FURTHER FINDS:

PRIOR CONVICTION

Prior to the commission of the offenses charged in Counts 1 and 16, of this Indictment, the defendant, JOSHUA ANDREW RANKIN, was convicted of a controlled substance violation, a Class C felony, in violation of Iowa Code Section 124.401(1)(c)(6), in the Iowa District Court for Polk County, in case number FECR322458, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

THE GRAND JURY FURTHER FINDS:

PRIOR CONVICTION

Prior to the commission of the offenses charged in Count 1 and 15 of this Indictment, the defendant, TODD ALLEN MILLER, JR., was convicted of a controlled substance violation, a Class C felony, in violation of Iowa Code Section 124.401(1)(c)(6), in the Iowa District Court for Polk County, in case number FECR361992, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

13

THE GRAND JURY FURTHER FINDS:

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, SIMON ANAYA SANCHEZ, was convicted of conspiracy to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(C), and 846, in the United States District Court for the Southern District of Iowa, in case number 4:15-CR-106, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

That upon conviction of the offenses set forth in Counts 1, 17, and 18 of this Indictment, the defendants, SIMON ANAYA SANCHEZ, and JASON LEE BAXTER-BLAKELY, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

14

The property to be forfeited includes, but is not limited to:

1.    As to SIMON ANAYA SANCHEZ, a Magnum Research MR9 Eagle, nine-millimeter caliber pistol, with serial number MN006092; and a Glock, Model 21, .45 caliber auto pistol, with serial number VY209, seized from a residence in the 2800 block of Cottage Grove Avenue, Des Moines, on or about September 11, 2025.

2.    As to JASON LEE BAXTER-BLAKELY, a Glock Model 17, nine-millimeter caliber pistol, with an obliterated serial number and a barrel and slide number LU012, and a Glock Model 23 (Gen 4), .40 Smith & Wesson caliber pistol, with serial number UXU242, seized from a residence in the 2900 block of Dubuque Avenue, Des Moines, on or about September 11, 2025.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offense alleged in Count 17 of this Indictment, the defendant, SIMON ANAYA SANCHEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms identified in Count 17 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

15

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 18 of this Indictment, the defendant, JASON LEE BAXTER-BLAKELY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms identified in Count 18 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

Richard D. Westphal
United States Attorney

By: _____
Amy Jennings
Laura M. Roan
MacKenzie Benson Tubbs
Assistant United States Attorneys