# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge   Court appearing by video conference
Criminal No. 4:25-cr-00121-SMR-HCA-10   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Sara Ann Bowers

---

| | |
|---|---|
| Gov. Atty(s): Adam J. Kerndt | : ☐ Indictment ☑ Superseding Indictment ☐ Information |
| Def. Atty(s): J. Keith Rigg | : ☐ Complaint ☐ Warrant ☐ Summons |
| Def. Appears: ☑ In Person ☐ Video Conference | : Code Violation/Offense: |
| ☑ All Parties Consent to Video Proceeding | : Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to |
| Court Reporter: FTR Gold | : Distribute a Controlled Substance |
| Interpreter: N/A | : |
| ☐ Interpreter Sworn | |

Date: October 20, 2025

Initial Appearance Start Time: 2:28 p.m.   Arraignment Start Time: 2:31 p.m.   End Time: 2:39 p.m.

## Initial Appearance

☑ Advised of Rights                       : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given                 :

## Arraignment

| | |
|---|---|
| Trial Scheduled for: December 1, 2025 | : ☑ Advised of Charges/Maximum Penalties |
| Rule 16 Material due: October 30, 2025 | : ☑ Indicted in True Name |
| Reciprocal Discovery due: November 10, 2025 | : True Name: |
| Pretrial Motions due: November 10, 2025 | : ☑ Reading of Indictment Waived |
| Plea Notification Deadline: November 10, 2025 | : Plea of Not Guilty Accepted as to Ct(s): 1s |
| Plea Entry Deadline: November 17, 2025 | : ☐ Denied Forfeiture |
| Status/Scheduling Conference (Counsel Only): | : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG. |

## Custody Status

☑ Government Moved for Detention           : 
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing       : Before:
                                           : Courthouse:                    Room:
Court Ordered Defendant:                   : Revocation Hearing Set:
☐ Released on Bond                         : Before:
☑ Detained                                 : Courthouse:                    Room:

---

Defendant waives without prejudice, the right to a detention hearing at this. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt
Deputy Clerk