# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge    Court appearing by video conference
Criminal No. 4:25-cr-00121-SMR-HCA-10   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Sara Ann Bowers

---

Gov. Atty(s): Adam J. Kerndt   :   ☐ Indictment   ☑ Superseding Indictment   ☐ Information
Def. Atty(s): J. Keith Rigg   :   ☐ Complaint   ☐ Warrant   ☐ Summons
Def. Appears: ☑ In Person   ☐ Video Conference   :   Code Violation/Offense:
    ☑ All Parties Consent to Video Proceeding   :   Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to
Court Reporter: FTR Gold   :   Distribute a Controlled Substance
Interpreter: N/A   :
    ☐ Interpreter Sworn

Date: October 20, 2025
Initial Appearance Start Time: 2:28 p.m.    Arraignment Start Time: 2:31 p.m.    End Time: 2:39 p.m.

## Initial Appearance

☑ Advised of Rights   :   ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights   :   ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No   :   ☐ Retained Counsel
☑ Rule 5 Admonition Given   :

## Arraignment

Trial Scheduled for: December 1, 2025   :   ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: October 30, 2025   :   ☑ Indicted in True Name
Reciprocal Discovery due: November 10, 2025   :   True Name:
Pretrial Motions due: November 10, 2025   :   ☑ Reading of Indictment Waived
Plea Notification Deadline: November 10, 2025   :   Plea of Not Guilty Accepted as to Ct(s): 1s
Plea Entry Deadline: November 17, 2025   :   ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):   :   ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention   :
☐ Defendant Waived Preliminary Examination   :   Detention Hearing Set:
☑ Defendant Waived Detention Hearing   :   Before:
Court Ordered Defendant:   :   Courthouse:    Room:
☐ Released on Bond   :   Revocation Hearing Set:
☑ Detained   :   Before:
    Courthouse:    Room:

---

Defendant waives without prejudice, the right to a detention hearing at this. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt
Deputy Clerk