AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
8:44 am, Oct 17 2025

UNITED STATES OF AMERICA
v.
SARA ANN BOWERS
*Defendant*

Case No. 4:25-cr-121

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SARA ANN BOWERS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute a Controlled Substance, in violation of T. 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) and 846

Date: 10/16/2025

WARRANT ISSUED
CHANDLOR G COLLINS, Clerk
By: _____
DEPUTY CLERK

City and state:   Des Moines, Iowa

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/17/25, and the person was arrested on *(date)* 10/20/25
at *(city and state)* Des Moines, IA

Date: 10/20/25

_____
*Arresting officer's signature*

Curtis Kisoe / FBI Special Agent
*Printed name and title*