IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH DONALD STOCKMAN,<br><br>  Defendant, | Case No. 4:25-cr-00121<br><br>**MOTION TO WITHDRAW** |

The undersigned hereby moves this Court to enter an order allowing him to withdraw as counsel for the Defendant from the above-captioned matter. In support, the undersigned states the following:

1. On September 12, 2025, the undersigned entered his appearance on behalf of the Defendant.

2. Attorney Andrew J. Graeve, who has entered an appearance, will continue to represent the Defendant for this matter.

WHEREFORE the undersigned requests this Court enter an order granting his withdrawal as counsel for the Defendant.

- 2 -

        WEINHARDT & LANTZ, P.C.


By:   /s/ William C. Admussen
     William C. Admussen    AT0016195
     2600 Grand Avenue, Suite 450
     Des Moines, IA  50312
     Telephone:  (515) 244-3100
     E-mail:  wadmussen@weinhardtlantz.com

    ATTORNEY FOR DEFENDANT KENNETH
    DONALD STOCKMAN

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on December 1, 2025 via CM/ECF.

By: /s/ Madison Politoski