IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 4:25-cr-00121-SMR-HCA |
| Plaintiff, | : | |
| Vs. | : | |
| JESSICA RENAE GLEASON, | : | NOTIVE OF INTENTION TO PLEAD |
| Defendant. | : | |

---

COMES NOW the Defendant, through Brent D. Rosenberg as counsel, and hereby notifies the court of the Defendant's intention to plead guilty to Count 1 of the superseding indictment. The plea will be entered pursuant to a plea agreement with the government. The Defendant requests that the court set a plea hearing during the week of February 23-27 at the convenience of the court and parties.

WHEREFORE, we respectfully ask that the court grant the requested relief.

**Brent D. Rosenberg**
400 Locust Street, Suite 380
Des Moines, Iowa 50309
Telephone:   (515) 288-6440
FAX:         (515) 288-6448
Email:       bdr@bdriowalaw.com

By: /S/ Brent D. Rosenberg
**COUNSEL FOR DEFENDANT
JESSICA RENAE GLEASON**

**Original filed.**

**Copies to:**

Ms. Amy Jennings, MacKenzie Benson Tubbs, and Laura Roan, Asst. United States Attorneys, 210 Walnut Street, Suite 455, Des Moines, Iowa 50309

**COUNSEL FOR THE GOVERNMENT**

**PH: (515) 473-9300**

Counsel for Co-Defendants

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed on February 18, 2026, with the Clerk of Court using the ECF system which will result in service on the above-named parties at their respective addresses disclosed on the pleadings

Signature:     /S/ Brent D. Rosenberg